**Nathaniel C. RILEY, II, Plaintiff—
Appellant,**

v.

**Henry McMASTER, Attorney General; Lynn Dunn; Jonathan E. Ozmint, Director, South Carolina Department of Corrections, Defendants—Appellees.**

No. 05–7379.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Feb. 2, 2006.

Nathaniel C. Riley, II, Appellant Pro Se. Robert Eric Petersen, South Carolina Department of Corrections, Columbia, South Carolina; Teresa A. Knox, South Carolina Department of Probation, Parole & Pardon Service, Columbia, South Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Nathaniel C. Riley, II, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Riley v. McMaster*, No. CA–04–22827 (D.S.C. filed Aug. 9, 2005 & entered Aug. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*